AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Equal Employment Opportunity Commission

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV402-243

Gulfstream Aerospace Corporation

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated May 12, 2003, granting the final approval of the EEOC/Gulfstream Consent Decree, the Court shall retain jurisdiction over the parties for two years for the purposes of compliance with this Decree. Otherwise, the EEOC's complaint is dismissed with prejudice.

E. O. D.
5/12/03
DATE
INITIALS

| May 12, 2003 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

UNITED STATES DISTRICT COURT
Southern District of Georgia


Case Number:    4:02-cv-00243
Date Served:    May 12, 2003
Served By:

Attorneys Served:

   S. Robert Royal, Esq.
   Steven M. Tapper, Esq.
   Wade Wilkes Herring II, Esq.
   William J. Kilberg, Esq.
   Derry Dean Sparlin Jr., Esq.
   Douglas LeFevre
   Edward D. Buckley III, Esq.
   Edgar P. Middleton
   Gayle Smith
   Adel Shubber


\_\_\_\_ Copy placed in Minutes

\_\_\_\_ Copy given to Judge

\_\_\_\_ Copy given to Magistrate